■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL FLOWERS, Appellant.—Appeal by the defendant, as limited by his brief, from three sentences of the Supreme Court, Kings County (Douglass, J.), all imposed January 17, 1985.

Ordered that the sentences are affirmed.

Contrary to the defendant's contention, the sentences imposed upon him were lawful *(see, People v Flowers,* 134 AD2d 611 [decided herewith]). Mangano, J. P., Thompson, Kunzeman and Harwood, JJ., concur.